IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOREN CHRISTOPHER TARABOCHIA,

    Petitioner,

    v.

JERI TAYLOR, Superintendent,
Eastern Oregon Correctional Institution

    Respondent.

Case No. 2:17-cv-00534-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 75), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 75) is adopted in full. The Petition for Writ of Habeas Corpus (ECF No. 2) is DENIED.

IT IS SO ORDERED.

DATED this 29th day of January, 2021.

                                                                              s/Michael J. McShane
                                                                                Michael McShane
                                                              United States District Judge